

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Center for Competitive Politics

                              Plaintiff(s),            Case No. 2:14-CV-00636-MCE-DAD

v.

Kamala Harris

Defendant(s).

      I, <u>      Allen Dickerson                                </u>,

attorney for <u>     the Center for Competitive Politics                  </u>,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

      My business address is:

Firm Name:     <u>Center for Competitive Politics</u>
Address:        <u>124 S. West Street, Suite 201</u>

City:            <u>Alexandria</u>
State:          <u>Virginia     </u>  ZIP Code: <u>22314</u>

Voice Phone:   <u>( 703    ) 894-6800</u>

FAX Phone:    <u>( 703    ) 894-6811</u>
Internet E-mail: <u>adickerson@campaignfreedom.org</u>
Additional E-mail:

I reside in City:    <u>Arlington                             </u>  State: <u>Virginia</u>

I was admitted to practice in the <u>District of Columbia Court of Appeals</u>

on <u>October 3, 2011</u>.  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I  have ☐ / have not ✠ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:        Alan Gura

Firm Name:    Gura & Possessky, PLLC

Address:      <u>105 Oronoco Street, Suite 305</u>

City:         <u>Alexandria</u>

State:        <u>Virginia</u>        ZIP Code: <u>22314</u>

///
///
///
///
///
///
///
///
///
///
///

Voice Phone:        ( 703     ) 835-9085

FAX Phone:          ( 703     ) 997-7665
Internet E-mail:     alan@gurapossessky.com


Dated:   March 7, 2014                    Petitioner: /s/ Allen Dickerson

## ORDER

        IT IS SO ORDERED.

Dated:  March 17, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT