1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON, State Bar No. 207650
4  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5509
6    Fax:  (415) 703-5480
     E-mail:  Alexandra.RobertGordon@doj.ca.gov
7  *Attorneys for Defendant Attorney General Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Local Rule 144 (a))**<br><br>Courtroom:  7, 14th Floor<br>Judge:        Hon. Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed: March 7, 2014 |

Plaintiff Center for Competitive Politics and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2014, Plaintiff filed its Complaint for Declaratory and Injunctive Relief;

WHEREAS, on or about March 20, 2014, Plaintiff will file a Motion for Preliminary Injunction, which will be heard on April 17, 2014, or on the earliest date thereafter that is convenient for the Court;

WHEREAS, Defendant's last day to answer or otherwise respond to Plaintiff's Complaint currently is April 1, 2014;

WHEREAS, in the interest of efficiency and economy, the Parties agree that Defendant's time to answer or otherwise respond to the Complaint should be extended until after the resolution of the Motion for Preliminary Injunction;

WHEREAS, no previous extensions have been sought;

//
//
//
//

1 | THEREFORE, pursuant to Local Rule 144 (a) and in consideration of the foregoing, it is
2 | hereby stipulated that:
3 | Defendant's last day to answer or otherwise respond to Plaintiff's Complaint shall be no
4 | later than 21 days after entry of this Court's order regarding the Motion for Preliminary
5 | Injunction.

Dated: March 17, 2014          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Attorney General Harris*

Dated: March 17, 2014          By: GURA & POSSESSKY, PLLC

*/s/ Alan Gura*
ALAN GURA
*Attorneys for Plaintiff Center For Competitive Politics*

Dated: March 17, 2014          By: CENTER FOR COMPETITIVE POLITICS

*/s/ Allen Dickerson*
ALLEN DICKERSON*
*Attorneys for Plaintiff Center For Competitive Politics*
*Application *pro hac vice* pending

**ORDER**

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

Dated: March 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT