Alan Gura, Calif. Bar No. 178, 221
GURA & POSSESSKY, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

Allen Dickerson*
Center for Competitive Politics
124 S. West St., Suite 201
Alexandria, VA 22314
703.894.6800/Fax 703.894.6811
adickerson@campaignfreedom.org
*Appearing *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, | Case No.: 2:14-CV-006236-MCE-DAD |
| Plaintiff, | |
| v. | **DECLARATION OF DAVID KEATING IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| KAMALA D. HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

1. I, David Keating, am over the age of 18. Being duly sworn, I make this declaration based on personal knowledge as to the matters set forth herein.

2. I am the President of the Center for Competitive Politics. As such, I am familiar with its affairs.

3. The Center for Competitive Politics filed for registration with the Registry of Charitable Trusts on November 4, 2008, and has been registered to solicit charitable contributions in California since that time.

4. The Center for Competitive Politics in fact does solicit such contributions in California, and wishes to continue doing so.

5. Attached as Exhibit A to the Complaint is a true and correct copy of the letter dated February 6, 2014 that Plaintiff received from Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of March, 2014.

David Keating