KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**DECLARATION OF ALEXANDRA ROBERT GORDON IN SUPPORT OF DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 17, 2014<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: None Set<br>Action Filed: March 7, 2014 |

I, Alexandra Robert Gordon, declare as follows:

1. I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Attorney General Kamala D. Harris in the above-titled matter.

2. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts. I make this declaration in support of the Attorney General's Opposition to Plaintiff's Motion for Preliminary Injunction.

3. A true and correct copy of Internal Revenue Service (IRS) Form 990 is attached hereto as **Exhibit A**.

4. A true and correct copy of IRS Form 990, Schedule B is attached hereto as **Exhibit B**.

5. A true and correct copy of guidance provided by the IRS regarding public disclosure of exempt organizations tax returns and return information found at http://www.irs.gov/Charities-&-Non-Profits/Public-Disclosure-and-Availability-of-Exempt-Organizations-Returns-and-Applications is attached hereto as **Exhibit C**.

6. A true and correct copy of guidance provided by the IRS regarding periodic state reporting requirements for charitable organizations found at http://www.irs.gov/Charities-&-Non-Profits/Charitable-Organizations/Charitable-Solicitation-Periodic-State-Reporting is attached hereto as **Exhibit D**.

7. A true and correct copy of an excerpt from the General Explanation of the Tax Reform Act of 1976, prepared by the Staff of the Joint Committee on Taxation of the 94th Congress is attached hereto as **Exhibit E**.

8. A true and correct copy of a sample audit letter from the Office of the Attorney General to a charitable organization is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2014, at San Francisco, California.

/s/ *Alexandra Robert Gordon*

ALEXANDRA ROBERT GORDON