KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5509
 Fax:  (415) 703-5480
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**DECLARATION OF KEVIS FOLEY IN SUPPORT OF DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:             April 17, 2014<br>Time:            2:00 p.m.<br>Courtroom:   7, 14th Floor<br>Judge:           Hon. Morrison C. England, Jr.<br>Trial Date:    None Set<br>Action Filed:  March 7, 2014 |

I, KEVIS FOLEY, declare as follows:

1. I am employed by the State of California Department of Justice as Registrar of the Attorney General's Registry of Charitable Trusts (the "Registry").

2. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts. I make this declaration in support of the Attorney General's Opposition to Plaintiff's Motion for Preliminary Injunction.

3. Pursuant to the Supervision of Trustees and Fundraisers for Charitable Purposes Act, California Government Code sections 12580, et seq., the Registry is responsible for registering charitable organizations as well as people or entities that hold assets for charitable purposes. The Registry maintains records and files related to such organizations.

4. Pursuant to the Act, unless exempt, persons or entities must register within thirty days of receiving charitable assets. Registrants must also file annual reports with the Registry. The annual reporting is accomplished through Form RRF-1, the Registration/Renewal Fee Report ("RRF-1"), which discloses certain financial and operational information about the registrant. Organizations which have more than $50,000 in assets or annual revenue must also submit the informational return filed with the IRS, known as the Form 990. Information filed with the Registry is available for public inspection. The information assists members of the public in making informed decisions about charitable giving as well as providing relevant information to assist the Attorney General in fulfilling the office's oversight responsibilities over charitable assets and fundraising practices.

5. The Registry maintains a database of filings and information related to entities which are registered or required to be registered. As Registrar, I am responsible for overseeing the database.

6. Although many documents filed with the Registry are open to public inspection, the Schedule B filed by public charities that file IRS Form 990 or 990-EZ has always been treated as a confidential document. All confidential documents are kept in separate files that are not available for public viewing. Those "files" are now electronic records. Registry staff scans

all filings into the Registry's automated database.  Prior to scanning Registry staff goes through each filing and removes all confidential data which is scanned separately as a "confidential" document.  The Registry publishes the non-confidential documents on its searchable website, but maintains the schedule B records as confidential records, accessible to in-house staff only.  This process has been consistent since 2007 when the Registry became automated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on April 3, 2014, at Sacramento, California.

                   /s/ *Kevis Foley*[*]

                   KEVIS FOLEY

---

[*] Original signature retained by counsel of record, Alexandra Robert Gordon (Local Rule 131).