# CERTIFICATE OF SERVICE

Case Name: **Center for Competitive Politics v. Kamala Harris**   No. **2:14-cv-00636-MCE-DAD**

I hereby certify that on <u>April 14, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Letter RE: Request for Leave to File Citation to Supplemental Authority**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 14, 2014</u>, at San Francisco, California.

| N. Newlin | /s/ N. Newlin |
|---|---|
| Declarant | Signature |

40942702.doc