Alan Gura, Calif. Bar No. 178,221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

Allen Dickerson*
Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, VA 22314
703.894.6800/Fax 703.894.6811
adickerson@campaignfreedom.org
*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | 2:14-CV-00636-MCE-DAD<br><br>**<u>PRELIMINARY INJUNCTION APPEAL</u>** |

Notice is hereby given that the Center for Competitive Politics, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Plaintiff's Motion for a Preliminary Injunction entered in this action on the 14th day of May, 2014.

1

Preliminary Injunction Appeal *Cntr. for Competitive Politics v. Harris*

Dated: May 15, 2014     Respectfully submitted,

/s/ Alan Gura     /s/ Allen Dickerson
Alan Gura, Calif. Bar No. 178,221     Allen Dickerson*
Gura & Possesky, PLLC     Center for Competitive Politics
105 Oronoco Street, Suite 305     124 S. West St., Suite 201
Alexandria, VA 22314     Alexandria, VA 22314
703.835.9085/Fax 703.997.7665     703.894.6800/Fax 703.894.6811
alan@gurapossessky.com     adickerson@campaignfreedom.org
     *Admitted *pro hac vice*

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Case Name: **Center for Competitive Politics v. Kamala Harris**  No. **2:14-cv-00636-MCE-DAD**

I hereby certify that on May 15, 2014, I electronically filed the following document with the Clerk of the Court using the CM/ECF system:

**NOTICE OF APPEAL – PRELIMINARY INJUNCTION APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 15, 2014, at Alexandria, Virginia.

| Allen Dickerson | /s/ Allen Dickerson |
|---|---|
| Declarant | Signature |