Alan Gura, Calif. Bar No. 178,221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

Allen Dickerson*
Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, VA 22314
703.894.6800/Fax 703.894.6811
adickerson@campaignfreedom.org
*Admitted *pro hac vice*

Attorneys for Plaintiff

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, <br><br> Plaintiff, <br><br> v. <br><br> KAMALA D. HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br><br> Defendant. | Appellate Case No: _____ <br><br> Trial Court: <br><br> United States District Court for the Eastern District of California <br><br> Case No: 2:14-CV-00636-MCE-DAD <br><br> **PLAINTIFF/APPELLANT'S REPRESENTATION STATEMENT** |

The undersigned represents Plaintiff/Appellant: Center for Competitive Politics in this matter and no others.

The remaining party to this action is the Defendant/Appellee, Kamala D. Harris, as the Attorney General of the State of California.

1

Plaintiff/Appellant Representation Statement         *Cntr. for Competitive Politics v. Harris*

Plaintiff/Appellant is currently represented by:

Alan Gura, Calif. Bar No. 178,221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

Allen Dickerson*
Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, VA 22314
703.894.6800/Fax 703.894.6811
adickerson@campaignfreedom.org
*admitted below as *pro hac vice*

Defendant/Appellee is currently represented by:

Kamala D. Harris, Calif. Bar No: 146672
Attorney General of California
Tamar Pachter, Calif. Bar No. 146083
Supervising Deputy Attorney General
Alexandra Robert Gordon, Calif. Bar No. 207650
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415.803-5509/Fax 415.703.5480
Alexandria.RobertGordon@doj.ca.gov

Dated: May 15, 2014

/s/ Allen Dickerson

Allen Dickerson
Attorney for Plaintiff
