KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**STIPULATION AND ORDER RE STAYING DISTRICT COURT PROCEEDINGS PENDING PRELIMINARY INJUNCTION APPEAL**<br><br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Action Filed: March 7, 2014 |

Plaintiff Center for Competitive Politics and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 14, 2014, this Court issued an Order denying Plaintiffs' motion for a preliminary injunction;

WHEREAS, on May 15, 2014, Plaintiffs filed a Notice of Appeal in the Ninth Circuit Court of Appeals as to this Court's May 14, 2014 Order denying Plaintiffs' motion for a preliminary injunction;

WHEREAS, in light of the pending appeal in the Ninth Circuit, and in the interest of judicial economy and efficiency and to save judicial and party resources, the Parties have agreed to stay district court proceedings pending appeal.

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

The district court proceedings in this case shall be stayed pending resolution of Plaintiffs' preliminary injunction appeal and until the issuance of the mandate by the Ninth Circuit.

Dated: May 21, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Attorney General Harris*

Dated: May 21, 2014

By: GURA & POSSESSKY, PLLC

*/s/ Alan Gura*
ALAN GURA
*Attorneys for Plaintiff Center For Competitive Politics*

| | |
|---|---|
| Dated: May 21, 2014 | By: CENTER FOR COMPETITIVE POLITICS |
| | */s/ Allen Dickerson*<br>ALLEN DICKERSON\*<br>*Attorneys for Plaintiff Center For Competitive Politics*<br>\* (Admitted *pro hac vice*) |

### Order

Having considered the above stipulation of the parties, proceedings in this case are STAYED pending resolution of Plaintiff's preliminary injunction appeal, ECF No. 18, and until the issuance of the mandate by the Ninth Circuit (Court of Appeals Docket #: 14-15978). The stay in this matter shall be lifted automatically without further action by this Court upon the issuance of said mandate.

Defendant's last day to answer or otherwise respond to Plaintiff's Complaint shall be no later than 21 days after entry of the mandate by the Ninth Circuit regarding Plaintiff's preliminary injunction appeal.

IT IS SO ORDERED.

Dated: May 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT