Kamala D. Harris,
California Bar No. 146672
Attorney General of California

Tamar Pachter,
California Bar No. 146083
Supervising Deputy Attorney General

Alexandra Robert Gordon,
California Bar No. 207650
Deputy Attorney General

455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: 415.703.5509
Facsimile: 415.703.5480
alexandra.robertgordon@doj.ca.gov

*Attorneys for Defendant
Attorney General Kamala D. Harris*

Allen Dickerson*
Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, Virginia 22314
Telephone: 703.895.6800
Facsimile: 703.895.6811
adickerson@campaignfreedom.org

* Admitted *pro hac vice*

Alan Gura, California Bar No. 178,221
Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, Virginia 22314
Telephone: 703.835.9085
Facsimile: 703.997.7665
alan@gurapossessky.com

*Attorneys for Plaintiff
Center for Competitive Politics*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>   Plaintiff,<br><br>   v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>   Defendant. | No. 2:14-cv-00636-MCE-DAD<br><br>**JOINT STATUS REPORT AND JOINT STIPULATION FOR STAY** |

Pursuant to this Court's Minute Order of January 15, 2016, Plaintiff Center for Competitive Politics ("CCP" or "the Center") and Defendant Kamala D. Harris, in her official capacity as Attorney General of the State of California, jointly report the status of this action. The Parties also

1

submit the following stipulated request to stay all proceeding before this Court pending the outcome of the trial in *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Ca.) ("*AFPF*"), scheduled to begin on February 23rd.

The Center for Competitive Politics brought a complaint in this Court raising constitutional and statutory claims against the Attorney General's mandate for a complete, unredacted, copy of the organization's Schedule B to IRS Form 990. ECF 1. The Center subsequently filed a motion for preliminary injunction, ECF 9, which Attorney General Harris opposed, ECF 10. This Court heard oral arguments on April 17, 2014, ECF 16, and denied the motion. ECF 17. The Ninth Circuit subsequently upheld that denial. ECF 18; *Center for Competitive Politics v. Harris*, 784 F.3d 1307 (9th Cir. 2015) *cert. denied*, 136 S. Ct. 480 (U.S. 2015).

Parallel to these proceedings, other organizations have brought suit against the Attorney General on substantively similar grounds. One of those cases, *Americans for Prosperity Foundation v. Harris,* has involved substantial discovery and is scheduled for trial later this month. The Parties expect that the *AFPF* trial may establish facts relevant to this case. In particular, Plaintiff expects to amend its Complaint here, and anticipates that developments in the *AFPF* matter will inform this decision.

Staying resolution of this case will prevent duplicative proceedings, allow for judicial efficiency, and permit a better-focused inquiry here. Therefore, both parties seek a stay awaiting the developments of the *AFPF* trial.

Courts have long had "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Indeed, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The Supreme Court has long held that a court "may hold one lawsuit in abeyance to abide the outcome

2

of another, especially where the parties and the issues are the same." *American Life Ins. Co. v. Stewart*, 300 U.S. 203, 215-216 (1937) (citing *Landis*). Such is the case here.

Accordingly, the undersigned parties hereby stipulate and request that this Court stay all proceedings in this matter until at least 14 days after the district court enters judgment in *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Ca.).

Dated: February 5, 2016

Respectfully submitted,

| | |
|---|---|
| Kamala D. Harris,<br>California Bar No. 146672<br>Attorney General of California<br><br>Tamar Pachter,<br>California Bar No. 146083<br>Supervising Deputy Attorney General<br><br>/s/ Alexandra Robert Gordon<br>Alexandra Robert Gordon,<br>California Bar No. 207650<br>Deputy Attorney General<br><br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: 415.703.5509<br>Facsimile: 415.703.5480<br>alexandra.robertgordon@doj.ca.gov<br><br>*Attorneys for Defendant*<br>*Attorney General Kamala D. Harris* | /s/ Allen Dickerson<br>Allen Dickerson*<br>Center for Competitive Politics<br>124 S. West Street, Suite 201<br>Alexandria, Virginia 22314<br>Telephone: 703.894.6800<br>Facsimile: 703.894.6811<br>adickerson@campaignfreedom.org<br><br>* Admitted *pro hac vice*<br><br>Alan Gura,<br>California Bar No. 178,221<br>Gura & Possessky, PLLC<br>916 Prince Street, Suite 107<br>Alexandria, Virginia 22314<br>Telephone: 703.835.9085<br>Facsimile: 703.997.7665<br>alan@gurapossessky.com<br><br>*Attorneys for Plaintiff*<br>*Center for Competitive Politics* |

3