UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendant. | No. 2:14-cv-00636-MCE-DAD<br><br>**[PROPOSED]**<br>**ORDER GRANTING JOINT**<br>**STIPULATION FOR STAY** |

Now before the Court is a Joint Stipulation for Stay pending the trial and resolution of *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Ca.). Having considered the Joint Status Report and Joint Stipulation for Stay, and good cause appearing,

IT IS SO ORDERED, that this action is stayed for at least 14 days after the entry of judgment in *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Ca.); AND

IT IS SO FURTHER ORDERED, that the parties shall promptly notify the Court of issuance of final judgement in *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Ca.).

Dated: February __, 2016

Morrison C. England, Jr., Chief Judge
United States District Court

[PROPOSED] Order Granting Joint Stipulation for Stay
Case No. 2:14-cv-00636-MCE-DAD