UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>　　　　　Defendant. | No. 2:14-cv-00636-MCE-DAD<br><br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on February 5, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT AND JOINT STIPULATION FOR STAY WITH [PROPOSED] ORDER**

　　　I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed the 5th day of February, 2016, in Alexandria, Virginia.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allen Dickerson
　　　　　　　　　　　　　　　　　　　　　　　　Allen Dickerson
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Certificate of Service
Case No. 2:14-cv-00636-MCE-DAD