| | |
|---|---|
| Kamala D. Harris, <br> California Bar No. 146672 <br> Attorney General of California <br><br> Tamar Pachter, <br> California Bar No. 146083 <br> Supervising Deputy Attorney General <br><br> Alexandra Robert Gordon, <br> California Bar No. 207650 <br> Deputy Attorney General <br><br> 455 Golden Gate Avenue, Suite 11000 <br> San Francisco, California 94102-7004 <br> Telephone: 415.703.5509 <br> Facsimile: 415.703.5480 <br> alexandra.robertgordon@doj.ca.gov <br><br> *Attorneys for Defendant* <br> *Attorney General Kamala D. Harris* | Allen Dickerson* <br> Center for Competitive Politics <br> 124 S. West Street, Suite 201 <br> Alexandria, Virginia 22314 <br> Telephone: 703.895.6800 <br> Facsimile: 703.895.6811 <br> adickerson@campaignfreedom.org <br><br> * Admitted *pro hac vice* <br><br> Alan Gura, California Bar No. 178,221 <br> Gura & Possessky, PLLC <br> 916 Prince Street, Suite 107 <br> Alexandria, Virginia 22314 <br> Telephone: 703.835.9085 <br> Facsimile: 703.997.7665 <br> alan@gurapossessky.com <br><br> *Attorneys for Plaintiff* <br> *Center for Competitive Politics* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, <br><br> Plaintiff, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California, <br><br> Defendant. | No. 2:14-cv-00636-MCE-DAD <br><br> **STATUS REPORT** |

Pursuant to this Court's Minute Order of February 23, 2016, ECF No. 33, Plaintiff Center for Competitive Politics ("CCP" or "the Center") and Defendant Kamala D. Harris, in her official capacity as Attorney General of the State of California, jointly report that final judgment has

1

issued in *Americans for Prosperity Foundation v. Harris*, No. 2:14-cv-09448-R-FFM (C.D. Cal.). The United States District Court for the Central District of California's opinion and order in that case are attached for this Court's convenience as Exhibit A.

The Parties also wish to notify the Court that 30 days from the filing of this Joint Status Report, the Center intends to file an Amended Complaint in this action. Defendant has no objection to that filing.

Pursuant to Local Rule 144, the parties agree that Defendant's time to file a responsive pleading shall be 21 days from the filing of the Amended Complaint.

| | |
|---|---|
| Dated: May 2, 2016 | Respectfully submitted, |
| | /s/ Allen Dickerson |
| Kamala D. Harris, | Allen Dickerson* |
| California Bar No. 146672 | Center for Competitive Politics |
| Attorney General of California | 124 S. West Street, Suite 201 |
| | Alexandria, Virginia 22314 |
| Tamar Pachter, | Telephone: 703.894.6800 |
| California Bar No. 146083 | Facsimile: 703.894.6811 |
| Supervising Deputy Attorney General | adickerson@campaignfreedom.org |
| /s/ Alexandra Robert Gordon | * Admitted *pro hac vice* |
| Alexandra Robert Gordon, | |
| California Bar No. 207650 | Alan Gura, |
| Deputy Attorney General | California Bar No. 178,221 |
| | Gura & Possessky, PLLC |
| 455 Golden Gate Avenue, Suite 11000 | 916 Prince Street, Suite 107 |
| San Francisco, CA 94102-7004 | Alexandria, Virginia 22314 |
| Telephone: 415.703.5509 | Telephone: 703.835.9085 |
| Facsimile: 415.703.5480 | Facsimile: 703.997.7665 |
| alexandra.robertgordon@doj.ca.gov | alan@gurapossessky.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Attorney General Kamala D. Harris* | *Center for Competitive Politics* |