UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendant. | No. 2:14-cv-00636-MCE-DAD<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 2, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATUS REPORT AND EXHIBIT A**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 2nd day of May, 2016, in Alexandria, Virginia.

/s/ Allen Dickerson
Allen Dickerson
*Attorney for Plaintiff*

Certificate of Service
Case No. 2:14-cv-00636-MCE-DAD