Alan Gura, Calif. Bar No. 178,221
Gura PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.905/F: 703.997.7665
alan@gurapllc.com

Allen Dickerson*
Zac Morgan**
Center for Competitive Politics
124 S. West St., Suite 201
Alexandria, VA 22314
703.894.6800/F: 703.894.6811
adickerson@campaignfreedom.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, <br><br> Plaintiff, <br><br> v. <br><br> KAMALA HARRIS, in her official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No. 14-636 <br><br> DECLARATION OF DAVID KEATING IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT |

1. I, David Keating, am over the age of 18. Being duly sworn, I make this declaration based on personal knowledge as to the matters set forth herein.

2. I am the President of the Center for Competitive Politics. As such, I am familiar with its affairs.

3. The Center for Competitive Politics filed for registration with the Registry of Charitable Trusts on November 4, 2008.

4. Attached as Exhibit 1 to the Amended Complaint is a true and correct copy of the letter dated February 6, 2014 that Plaintiff received from Defendant.

5. Attached as Exhibit 2 to the Amended Complaint is a true and correct copy of the letter dated December 11, 2014 that Plaintiff received from Defendant.

6. The Center for Competitive Politics formerly solicited charitable contributions from Californians, but as a result of the Attorney General's policy, it no longer does so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th day of August, 2016

_____
David Keating