# EXHIBIT 1

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I Street
P. O. Box 903447
Sacramento, CA  94203-4470
Telephone: (916) 445-2021
Fax: (916) 444-3651
E-Mail Address:RCT @doj.ca.gov

February 6, 2014

CENTER FOR COMPETITIVE POLITICS          CT FILE NUMBER:   CT0149998
124 S. WEST STREET, #201
ALEXANDRIA VA 22314

RE:  IRS Form 990, Schedule B, Schedule of Contributors

      We have received the IRS Form 990, 990-EZ or 990-PF submitted by the above-named organization for filing with the Registry of Charitable Trusts (Registry) for the fiscal year ending 12/31/2012. **The filing is incomplete** because the copy of Schedule B, Schedule of Contributors, does not include the names and addresses of contributors.

      The copy of the IRS Form 990, 990-EZ or 990-PF, including all attachments, filed with the Registry must be identical to the document filed by the organization with the Internal Revenue Service. The Registry retains Schedule B as a confidential record for IRS Form 990 and 990-EZ filers.

Within 30 days of the date of this letter, please submit a **complete** copy of Schedule B, Schedule of Contributors, for the fiscal year noted above, as filed with the Internal Revenue Service.   Please address all correspondence to the undersigned.

Sincerely,

Office Technician
Registry of Charitable Trusts

For          KAMALA D. HARRIS
Attorney General

Doc CT-547A Schedule of Contributors

# EXHIBIT 2

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



1300 I Street
P. O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021 Ext 6
Fax: (916) 444-3651
E-Mail Address: Delinquency@doj.ca.gov

December 11, 2014

CENTER FOR COMPETITIVE POLITICS                    CT FILE NUMBER:  CT0149998
124 S. WEST STREET, #201
ALEXANDRIA VA  22314

RE:          **WARNING OF ASSESSMENT OF PENALTIES AND LATE FEES,
AND SUSPENSION OR REVOCATION OF REGISTERED STATUS**

The Registry of Charitable Trusts has not received annual report(s) for the captioned organization, as
follows:

1.  The IRS Form 990, 990-EZ or 990-PF submitted for the fiscal year ending **12/31/12** does not contain
    a copy of the Schedule B, Schedule of Contributors, with the names and adddresses of the
    contributors as required.  The copy of the IRS Form 990, 990-EZ or 990-PF, including all
    attachments, filed with the Registry must be identical to the document filed by the organization with
    the Internal Revenue Service.  The Registry retains Schedule B as a confidential record for IRS
    Form 990 and 990-EZ filers.

       Failure to timely file required reports violates Government Code section 12586.

**Unless the above-described report(s) are filed with the Registry of Charitable Trusts within thirty
(30) days of the date of this letter, the following will occur:**

1.     The California Franchise Tax Board will be notified to disallow the tax exemption of the above-
       named entity.  The Franchise Tax Board may revoke the organization's tax exempt status at
       which point the organization will be treated as a taxable corporation (See Revenue and Taxation
       Code section 23703) and may be subject to the minimum tax penalty.

2.     Late fees will be imposed by the Registry of Charitable Trusts for each month or partial month
       for which the report(s) are delinquent.  Directors, trustees, officers and return preparers
       responsible for failure to timely file these reports are **also personally liable** for payment of all
       late fees.

       **PLEASE NOTE:**  Charitable assets **cannot** be used to pay these avoidable costs.
       Accordingly, directors, trustees, officers and return preparers responsible for failure to
       timely file the above-described report(s) are **personally liable** for payment of all
       penalties, interest and other costs incurred to restore exempt status.

CT-451 Warning of Impending Tax Assessment Notification

3.     In accordance with the provisions of Government Code section 12598, subdivision (e), the Attorney General **will suspend the registration** of the above-named entity.

If you believe the above described report(s) were timely filed, they were not received by the Registry and another copy must be filed within thirty (30) days of the date of this letter.  In addition, if the address of the above-named entity differs from that shown above, the current address must be provided to the Registry prior to or at the time the past-due reports are filed.


In order to avoid the above-described actions, please send all delinquent reports to the address set forth above, within thirty (30) days of the date of this letter.

Thank you for your attention to this correspondence.


Sincerely,

*Registry of Charitable Trusts*

For          KAMALA D. HARRIS
             Attorney General


Detailed instructions and forms for filing can be found on our website at http://ag.ca.gov/charities.