## CERTIFICATE OF SERVICE

Case Name: **Center for Competitive Politics**          No. **2:14-cv-00636-MCE-DAD**
            **v. Kamala Harris**

I hereby certify that on August 12, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**FIRST AMENDED COMPLAINT, DECLARATION OF DAVID KEATING IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXHIBITS 1-2**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 12, 2016, at Denver, Colorado.

| | |
|---|---|
| Allen Dickerson | /s/ Allen Dickerson |
| Declarant | Signature |