Alan Gura, Calif. Bar No. 178,221
Gura PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.9085
alan@gurapllc.com

Allen Dickerson*
Zac Morgan**
Center for Competitive Politics
124 S. West St., Suite 201
Alexandria, VA 22314
703.894.6800/F: 703.894.6811
adickerson@campaignfreedom.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, | Case No. 14-636 |
| *Plaintiff*, | NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION [Fed. R. Civ. P. 65(a)] |
| v. | |
| KAMALA HARRIS, in her official capacity as Attorney General of the State of California, | Date:   October 6, 2016<br>Time: 2:00 p.m.<br>Dept:   7, 14th Floor<br>Judge: Morrison C. England, Jr.<br>Trial Date: None<br>Action Filed: March 7, 2014 |
| *Defendant*. | |

TO DEFENDANT AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, October 6, 2016, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7, floor 14, of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, 95814, Plaintiff Center for Competitive Politics, by and through undersigned counsel, will move this Honorable Court to enjoin the Defendant from requiring an unredacted copy of Plaintiff's IRS Form 990 Schedule B as a condition of soliciting funds in California.

This motion is based upon this notice of motion and motion, the attached brief in support of said motion, any material in the Court's files, and any other relevant matter to be considered by the Court.

Plaintiff expects that this motion will be opposed.

Pursuant to Local Rule 230(j), Plaintiff notes that a prior motion for preliminary relief was made before Judge Morrison C. England, Jr. in this Court on March 20, 2014 and was subsequently denied on May 14, 2014. Nevertheless, since that time both new facts then not capable of being shown, as well as new grounds for granting relief, have become known, as demonstrated in Plaintiff's First Amended Complaint and the accompanying brief in support of this motion.

Plaintiff respectfully asks that the motion be granted.

Dated: August 19, 2016          Respectfully submitted,

                                By:    /s/ Allen Dickerson

Allen Dickerson*                Alan Gura, Cal. Bar No. 178,221
Zac Morgan**                    Gura PLLC
Center for Competitive Politics 916 Prince Street, Suite 107
124 S. West Street, Suite 201   Alexandria, VA 22314
Alexandria VA 22314             703.997.7665/F: 703.997.7665
703.894.6800/F: 703.894.6811    alan@gurapllc.com
adickerson@campaignfreedom.org

*Admitted *pro hac vice*.
**Application for admission *pro hac vice* pending