CERTIFICATE OF SERVICE

Case Name: **Center for Competitive Politics**          No. **2:14-cv-00636-MCE-DAD**
       **v. Kamala Harris**

I hereby certify that on August 19, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFF'S BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY RELIEF, AND PLAINTIFF'S PROPOSED ORDER IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 19, 2016, at New York City, New York.

Allen Dickerson                                                             /s/ Allen Dickerson
Declarant                                                                      Signature