KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
KEVIN A. CALIA, State Bar No. 227406
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5509
  Fax:  (415) 703-5480
  E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant Attorney General Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(Local Rule 144 (a))**<br><br>Courtroom:  7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed:  March 7, 2014 |

1

Plaintiff Center for Competitive Politics and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 12, 2016, Plaintiff filed its First Amended Complaint for Declaratory and Injunctive Relief;

WHEREAS, on or about August 19, 2016, Plaintiff will file a Motion for Preliminary Injunction, which will be heard on October 6, 2016, or on the earliest date thereafter that is convenient for the Court;

WHEREAS, by previous agreement of the parties, *see* ECF No. 34, Defendant's last day to answer or otherwise respond to Plaintiff's Complaint currently is September 2, 2016;

WHEREAS, in the interest of efficiency and economy, the Parties agree that Defendant's time to answer or otherwise respond to the Complaint should be extended until after the resolution of the Motion for Preliminary Injunction;

WHEREAS, no previous extensions have been sought since the filing of Plaintiff's First Amended Complaint;

//
//
//
//

THEREFORE, pursuant to Local Rule 144 (a) and in consideration of the foregoing, it is hereby stipulated that:

Defendant's last day to answer or otherwise respond to Plaintiff's First Amended Complaint shall be no later than 21 days after entry of this Court's order regarding the Motion for Preliminary Injunction.

Dated:  August 19, 2016                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
KEVIN A. CALIA
Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Attorney General Harris*

Dated:  August 19, 2016                              By: CENTER FOR COMPETITIVE POLITICS

*/s/ Allen Dickerson*
ALLEN DICKERSON*
*Attorneys for Plaintiff Center For Competitive Politics*

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**:

Dated: _____              _____

Hon. Morrison C. England, Jr.