KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
KEVIN A. CALIA, State Bar No. 227406
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5509
 Fax:  (415) 703-5480
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant Attorney General Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CENTER FOR COMPETITIVE POLITICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-00636-MCE-DAD<br><br>**JOINT STATUS REPORT**<br><br>Courtroom:  7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed:  March 7, 2014 |

1

1  Pursuant to this Court's order of July 13, 2016 (ECF No. 35), Plaintiff Center for Competitive Politics and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report "address[ing] the further disposition of this case."

On August 12, 2016, Plaintiff filed its First Amended Complaint in this matter, and has today filed a Motion for Preliminary Injunction. Having met and conferred, the Parties have stipulated that Defendant's last day to answer or otherwise respond to Plaintiff's First Amended Complaint shall be no later than 21 days after entry of this Court's order regarding the Motion for Preliminary Injunction.

Dated: August 19, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
KEVIN A. CALIA
Deputy Attorney General

/s/ Alexandra Robert Gordon
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Attorney General Harris*

Dated: August 19, 2016

By: CENTER FOR COMPETITIVE POLITICS

/s/ Allen Dickerson
ALLEN DICKERSON*
*Attorney for Plaintiff Center For Competitive Politics*