# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Center for Competitive Politics v. Kamala Harris** | No. | **2:14-cv-00636-MCE-DAD** |

I hereby certify that on <u>August 19, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 19, 2016</u>, at San Francisco, California.

| N. Newlin | /s/ N. Newlin |
|---|---|
| Declarant | Signature |

SA2014115142
20888136.doc