Alan Gura, Calif. Bar No. 178,221
Gura PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.9085
alan@gurapllc.com

Allen Dickerson*
Zac Morgan*
Center for Competitive Politics
124 S. West St., Suite 201
Alexandria, VA 22314
703.894.6800/F: 703.894.6811
adickerson@campaignfreedom.org

Alexandra Robert Gordon, Cal. Bar No. 207650
Jose Alfonso Zelidon-Zepeda, Cal. Bar No. 227108
Kevin Calia, Cal. Bar No. 227406
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415.703.5509/F: 415.703.1234
alexandra.robertgordon@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS, | Case No. 14-636 |
| *Plaintiff*, | JOINT STATUS REPORT |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | Action Filed: March 7, 2014 |
| *Defendant*. | |

On April 13, 2017, this Court issued an initial pretrial scheduling order that, *inter alia*, ordered the Parties to meet and confer regarding discovery within sixty days. ECF No. 56. That

order also provided the Parties seven days to object, and Plaintiff Center for Competitive Politics did so on April 19, 2017.

On Friday June 9, 2017, the Parties met and conferred regarding discovery. The Parties submit this report regarding their conference pursuant to Civil Local Rule 240(b). The Parties agreed that the proper scope of discovery would turn, in part, upon rulings on the motions currently pending before this Court, including Plaintiff's Motion for Preliminary Injunction, ECF No. 39, and Defendant Xavier Becerra's Motion to Dismiss. ECF No. 44, as well as Plaintiff's objection to the pretrial scheduling order. Accordingly, the Parties agreed that it would be most productive and efficient if they agreed to meet and confer further regarding discovery soon after the Court rules on the pending motions.

To ensure that the Parties will maintain open communications regardless of the timing of the Court's rulings on the pending motions, the Parties agreed to meet and confer again within 60 days.

Dated: June 23, 2017              Respectfully submitted,

                                  By:    /s/ Allen Dickerson
Alan Gura, Cal. Bar No. 178,221          Allen Dickerson*
Gura PLLC                                Zac Morgan*
916 Prince Street, Suite 107             Center for Competitive Politics
Alexandria, VA 22314                     124 S. West Street, Suite 201
703.997.7665/F: 703.997.7665             Alexandria, VA 22314
alan@gurapllc.com                        703.894.6800/F: 703.894.6811
                                         adickerson@campaignfreedom.org

                                  *Counsel for Plaintiff*

                                  Alexandra Robert Gordon, Cal. Bar No. 207650
                                  Jose Alfonso Zelidon-Zepeda, Cal. Bar No. 227108
                                  Kevin Calia, Cal. Bar No. 207650
                                  California Department of Justice
                                  Office of the Attorney General
                                  455 Golden Gate Avenue, Suite 11000
                                  San Francisco, CA 94102

415.703.5509/F: 415.703.1234
alexandra.robertgordon@doj.ca.gov

*Counsel for Defendant*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

Case Name: **Center for Competitive Politics**         No. **2:14-cv-00636-MCE-DAD**
              **v. Xavier Becerra**

I hereby certify that on June 23, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2017.

Allen Dickerson                                                                    /s/ Allen Dickerson
Declarant                                                                          Signature