FILED

DEC 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, FKA Center for Competitive Politics,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant-Appellee. | No.   17-17403<br><br>D.C. No. 2:14-cv-00636-MCE-DB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: SILVERMAN, W. FLETCHER, and RAWLINSON, Circuit Judges.

Appellant's motion for summary disposition (Docket Entry No. 41) is granted in part. We summarily vacate the district court's October 31, 2017 judgment and remand for further proceedings consistent with *Americans for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373 (2021). *See* 9th Cir. R. 39-1.8 (court may transfer consideration of attorneys fees on appeal to the district court).

**VACATED and REMANDED.**

AC/MOATT