INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
  agura@ifs.org
1150 Connecticut Avenue, N.W.,
  Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiff Institute for Free Speech

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, | Case No 2:14-cv-00636-MCE-DB |
| Plaintiff, | **STIPULATION TO ENTER JUDGMENT** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of California, | The Hon. Morrison C. England, Jr. |
| Defendant. | |

Pursuant to Local Rule 143, Plaintiff Institute for Free Speech ("IFS") (formerly known as the Center for Competitive Politics) and Defendant Rob Bonta, in his official capacity as Attorney General of California, by and through their respective attorneys, stipulate and agree as follows:

WHEREAS, as a condition of operating and soliciting charitable funds in the State of California, Defendant's predecessor in office required that IFS provide it with an unredacted copy of its Schedule B to IRS Form 990 as it was filed with the Internal Revenue Service;

WHEREAS, IFS brought suit for declaratory and injunctive relief against this practice, challenging the Schedule B requirement, *inter alia*, as a violation of the First Amendment;

1   WHEREAS, on October 31, 2017, this Court granted Defendant's
2   predecessor's motion to dismiss, ECF 59, 60;

3   WHEREAS, on October 11, 2019, the Ninth Circuit affirmed this
4   Court's order of dismissal;

5   WHEREAS, on December 19, 2019, IFS petitioned the Supreme Court
6   for a writ of certiorari from the Ninth Circuit's judgment;

7   WHEREAS, on July 1, 2021, the Supreme Court held in a different
8   matter that "California's blanket demand for Schedule Bs is facially
9   unconstitutional," *Ams. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373,
10  2385 (2021);

11  WHEREAS, on July 2, 2021, the Supreme Court granted IFS's petition
12  for a writ of certiorari, vacated the Ninth Circuit's judgment, and
13  remanded the case "for further consideration in light of *Americans for*
14  *Prosperity Foundation v. Bonta*," *Inst. for Free Speech v. Bonta*, 142 S. Ct.
15  46 (2021);

16  WHEREAS, on December 28, 2021, the Ninth Circuit vacated this
17  Court's judgment and remanded the case "for further proceedings
18  consistent with *Americans for Prosperity Foundation v. Bonta*, 141 S. Ct.
19  2373 (2021)," citing 9th Cir. R. 39-1.8 ("court may transfer consideration of
20  attorneys fees on appeal to the district court");

21  WHEREAS, on January 4, 2021, the Clerk of this Court entered the
22  Ninth Circuit's order; and

23  WHEREAS, no proceedings or further scheduling order has yet been
24  entered;

25  THEREFORE, the Parties hereby stipulate and agree that the Court
26  should enter a judgment after remand, as reflected in the proposed order
27  accompanying this stipulation.

28

| | |
|---|---|
| Dated: March 22, 2022 | <u>Alan Gura</u><br>Alan Gura<br>Institute for Free Speech<br>Counsel for Plaintiff |
| Dated: March 22, 2022 | <u>Jose A. Zelidon-Zepeda</u><br>Jose A. Zelidon-Zepeda<br>California Department of Justice<br>Counsel for Defendant |

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Morrison C. England, Jr.
United States District Judge