# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

INSTITUTE FOR FREE SPEECH,) Case No 2:14-cv-00636-MCE-DB

                Plaintiff, ) **JUDGMENT AFTER REMAND**

                v. )

ROB BONTA, in his official ) The Hon. Morrison C. England, Jr.
capacity as Attorney General of )
California, )

                Defendant. )

    This matter is before the Court on the Stipulation to Enter Judgment After Remand by Plaintiff Institute for Free Speech and Defendant Rob Bonta, in his official capacity as Attorney General of California.

    Plaintiff Institute for Free Speech (formerly known as Center for Competitive Politics) brought suit for declaratory and injunctive relief against the requirement under California regulations that IFS provide an unredacted copy of its Schedule B to IRS Form 990, challenging the Schedule B requirement as a violation, *inter alia*, of the First Amendment. On October 31, 2017, this Court granted Defendant's motion to dismiss, ECF 59, 60. IFS petitioned the Supreme Court for a writ of

certiorari from the Ninth Circuit's judgment.  On July 1, 2021, the Supreme Court held in a different matter that "California's blanket demand for Schedule Bs is facially unconstitutional," *Ams. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2385 (2021).  Subsequently, on July 2, 2021, the Supreme Court granted IFS's petition for a writ of certiorari, vacated the Ninth Circuit's judgment, and remanded the case "for further consideration in light of *Americans for Prosperity Foundation v. Bonta*." *Inst. for Free Speech v. Bonta*, 142 S. Ct. 46 (2021). On December 28, 2021, the Ninth Circuit vacated this Court's judgment and remanded the case "for further proceedings consistent with *Americans for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373 (2021)."  In light of the foregoing, the parties have requested entry of Judgment After Remand.

IT IS HEREBY ORDERED that the Stipulation to Enter Judgment After Remand is GRANTED.  The Attorney General is permanently enjoined from requiring any registrant to file with the Registry of Charitable Trusts a periodic written report containing a copy of its Schedule B to IRS Form 990. No registrant shall be considered deficient or delinquent in its reporting requirement because it does not file its confidential Schedule B with the Attorney General's Registry.

Plaintiff shall have 60 days from the date this order is filed electronically to file its motion for attorney fees and costs.

IT IS SO ORDERED.

Dated:  March 31, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE