ROB BONTA, State Bar No. 202668
Attorney General of California
MARK BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INSTITUTE FOR FREE SPEECH,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>                                    Defendant. | 2:14-cv-00636-MCE-DB<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES; ORDER THEREON**<br><br>Judge:  Hon. Morrison C. England, Jr. |

  This action is on remand from the United States Court of Appeals for the Ninth Circuit, after the Supreme Court granted the petition for a writ of certiorari by Plaintiff Institute for Free Speech (fka Center for Competitive Politics).  *Inst. for Free Speech v. Bonta*, 142 S. Ct. 46 (2021).

  On April 1, 2022, this Court entered an Amended Judgment, setting a deadline of May 31, 2022 for Plaintiff to file any motion for attorney fees and costs.  (ECF No. 74.)  The parties are

/ / /

/ / /

conferring regarding fees and costs.  Per Local Rule 143, the parties stipulate and request that the Court extend the deadline to file any motion for attorney fees and costs to July 22, 2022.

Dated:  May 18, 2022                                        /s/ *Alan Gura*
                                                                             Alan Gura, Esq.
                                                                             Institute for Free Speech
                                                                             Counsel for Plaintiff


Dated:  May 18, 2022                                        /s/ *Jose A. Zelidon-Zepeda*
                                                                             Jose A. Zelidon-Zepeda
                                                                             California Department of Justice
                                                                             Counsel for Defendant


   IT IS SO ORDERED.

Dated:  May 19, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE