Rob Bonta, State Bar No. 202668
Attorney General of California
Mark Beckington, State Bar No. 126009
Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3879
 Fax: (415) 703-1234
 E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INSTITUTE FOR FREE SPEECH,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 2:14-cv-00636-MCE-DB<br><br>**STIPULATION TO STAY DEADLINES PENDING SETTLEMENT**<br><br>Judge: Hon. Morrison C. England, Jr. |

This action is on remand from the United States Court of Appeals for the Ninth Circuit, after the Supreme Court granted the petition for a writ of certiorari by Plaintiff Institute for Free Speech (fka Center for Competitive Politics). *Inst. for Free Speech v. Bonta*, 142 S. Ct. 46 (2021).

On April 1, 2022, this Court entered an Amended Judgment, setting a deadline of May 31, 2022 for Plaintiff to file any motion for attorney fees and costs. (ECF No. 74.) This deadline was subsequently modified by court order. The parties met and conferred regarding fees and costs, and have reached an agreement.

/ / /

1  Per Local Rule 143, the parties stipulate and request that the Court stay all pending deadlines until
2  the parties file with the Court a stipulation that this action may be dismissed.

3
4  Dated:  July 8, 2022                                         /s/ *Alan Gura*
                                                                Alan Gura, Esq.
5                                                               Institute for Free Speech
                                                                Counsel for Plaintiff
6
7
8  Dated:  July 8, 2022                                         /s/ *Jose A. Zelidon-Zepeda*
                                                                Jose A. Zelidon-Zepeda
9                                                               California Department of Justice
                                                                Counsel for Defendant
10
11
12         IT IS SO ORDERED.
13
14         Dated: _____                                    _____
                                                                Honorable Morrison C. England, Jr.
15                                                              United States District Judge
16
17  SA2014115142
    43223742.docx
18
19
20
21
22
23
24
25
26
27
28

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Center for Competitive Politics v. Kamala Harris** | No. | **2:14-cv-00636-MCE-DAD** |

I hereby certify that on July 8, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO STAY DEADLINES PENDING SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 8, 2022, at San Francisco, California.

| R. Caoile | */s/ R. Caoile* |
|---|---|
| Declarant | Signature |

SA2014115142
43301948.docx