Rob Bonta, State Bar No. 202668
Attorney General of California
Mark Beckington, State Bar No. 126009
Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INSTITUTE FOR FREE SPEECH,**<br><br>                                        Plaintiff,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                                        Defendant. | 2:14-cv-00636-MCE-DB<br><br>**STIPULATION TO STAY DEADLINES PENDING SETTLEMENT**<br><br>Judge:  Hon. Morrison C. England, Jr. |

This action is on remand from the United States Court of Appeals for the Ninth Circuit, after the Supreme Court granted the petition for a writ of certiorari by Plaintiff Institute for Free Speech (fka Center for Competitive Politics). *Inst. for Free Speech v. Bonta*, 142 S. Ct. 46 (2021).

On April 1, 2022, this Court entered an Amended Judgment, setting a deadline of May 31, 2022, for Plaintiff to file any motion for attorney fees and costs.  (ECF No. 74.)  This deadline was subsequently modified by court order.  The parties met and conferred regarding fees and costs, and have reached an agreement.

///

Per Local Rule 143, the parties stipulate and request that the Court stay all pending deadlines until the parties file with the Court a stipulation that this action may be dismissed.

Dated: July 8, 2022                                /s/ *Alan Gura*
                                                   Alan Gura, Esq.
                                                   Institute for Free Speech
                                                   Counsel for Plaintiff


Dated: July 8, 2022                                /s/ *Jose A. Zelidon-Zepeda*
                                                   Jose A. Zelidon-Zepeda
                                                   California Department of Justice
                                                   Counsel for Defendant


**ORDER**

The parties' stipulation is hereby GRANTED. This matter is STAYED pending the parties' filing of a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE