Rob Bonta, State Bar No. 202668
Attorney General of California
Mark Beckington, State Bar No. 126009
Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INSTITUTE FOR FREE SPEECH,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 2:14-cv-00636-MCE-DB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL**<br><br>Judge: Hon. Morrison C. England, Jr. |

This action is on remand from the United States Court of Appeals for the Ninth Circuit, after the Supreme Court granted the petition for a writ of certiorari by Plaintiff Institute for Free Speech (fka Center for Competitive Politics). *Inst. for Free Speech v. Bonta*, 142 S. Ct. 46 (2021).

On April 1, 2022, this Court entered an Amended Judgment, setting a deadline of May 31, 2022 for Plaintiff to file any motion for attorney fees and costs. (ECF No. 74.) This deadline was subsequently modified by court order.

1 | The parties met and conferred regarding fees and costs, and have reached an agreement. Defendant has made the required payment. In light of the above, the parties respectfully stipulate and request that the Court dismiss this action, with prejudice.

Dated: November 2, 2022

/s/ *Alan Gura*
Alan Gura, Esq.
Institute for Free Speech
Counsel for Plaintiff


Dated: November 2, 2022

/s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
California Department of Justice
Counsel for Defendant


The Court has reviewed the parties' stipulation and request for dismissal with prejudice. Good cause appearing, the request is granted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

Dated: _____                      _____
                                          Honorable Morrison C. England, Jr.
                                          United States District Judge

SA2014115142
43223742.docx

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Center for Competitive Politics v. Kamala Harris** | No. | **2:14-cv-00636-MCE-DAD** |

I hereby certify that on <u>November 2, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND REQUEST FOR DISMISSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 2, 2022</u>, at San Francisco, California.

| R. Caoile | */s/ R. Caoile* |
|---|---|
| Declarant | Signature |

SA2014115142
43462309.docx