1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 510-3879
     Fax:  (415) 703-1234
6    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his official*
7  *capacity as Attorney General of California*

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 **INSTITUTE FOR FREE SPEECH,**            2:14-cv-00636-MCE-DB

14                              Plaintiff,   **STIPULATION AND REQUEST FOR DISMISSAL**

15         v.

16 **ROB BONTA, IN HIS OFFICIAL CAPACITY AS**  Judge:  Hon. Morrison C. England, Jr.
   **ATTORNEY GENERAL OF CALIFORNIA,**
17
                                Defendant.
18

19

20      This action is on remand from the United States Court of Appeals for the Ninth Circuit,

21 after the Supreme Court granted the petition for a writ of certiorari by Plaintiff Institute for Free

22 Speech (fka Center for Competitive Politics).  <u>Inst. for Free Speech v. Bonta</u>, 142 S. Ct. 46

23 (2021).

24      On April 1, 2022, this Court entered an Amended Judgment, setting a deadline of May 31,

25 2022, for Plaintiff to file any motion for attorney fees and costs.  (ECF No. 74.)  This deadline

26 was subsequently modified by court order.

27 ///

28 ///

                                    1

The parties met and conferred regarding fees and costs, and have reached an agreement. Defendant has made the required payment. In light of the above, the parties respectfully stipulate and request that the Court dismiss this action, with prejudice.

Dated:  November 2, 2022                                   /s/ *Alan Gura*
                                                           Alan Gura, Esq.
                                                           Institute for Free Speech
                                                           Counsel for Plaintiff


Dated:  November 2, 2022                                   /s/ *Jose A. Zelidon-Zepeda*
                                                           Jose A. Zelidon-Zepeda
                                                           California Department of Justice
                                                           Counsel for Defendant


## ORDER

The Court has reviewed the parties' stipulation and request for dismissal with prejudice. Good cause appearing, the request is GRANTED. This action is DISMISSED with prejudice, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  November 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE